IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

WAUSAU UNDERWRITERS
INSURANCE COMPANY,

        Plaintiff,

vs.

RELIABLE TRANSPORTATION
SPECIALISTS, INC.,
AMARILD USHE, and BURT HOLT,

        Defendants.

-and-

RELIABLE TRANSPORTATION
SPECIALISTS, INC.,

        Counter-Plaintiffs,

vs.

WAUSAU UNDERWRITERS
INSURANCE COMPANY,

        Counter-Defendant.
_____/

Case No. 15-12954-GCS-EAS

Hon. Judge George Caram Steeh
Mag. Judge Elizabeth A. Stafford

**ORDER DENYING WAUSAU UNDERWRITERS INSURANCE COMPANY'S MOTION TO STAY MAGISTRATE JUDGE'S JULY 13, 2016 ORDER [DOC. 56]**

Plaintiff/Counter-Defendant Wausau Underwriters Insurance Company ("Wausau"), by counsel, having filed a Motion to Stay Magistrate Judge's July 13, 2016 Order (Doc # 56), and the Court being duly advised, hereby DENIES the Motion.

Therefore, it is ORDERED that the Motion to Stay Magistrate Judge's July 13, 2016 Order is DENIED.

IT IS SO ORDERED.

Dated: August 2, 2016

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 2, 2016, by electronic and/or ordinary mail.

<u>s/Marcia Beauchemin</u>
Deputy Clerk