# EXHIBIT A

Litig. & Prev. Ins. Bad Faith § 8:4 (3rd ed.)

Litigation and Prevention of Insurer Bad Faith, Third Edition
July 2016 Update

Dennis J. Wall

Part II. Third-Party Claims
Chapter 8. Discovery from Insurers Concerning Their Handling of Third-Party Claims

## § 8:4. Underwriting files

References

**West's Key Number Digest**

West's Key Number Digest, Insurance 3350
West's Key Number Digest, Insurance 3550

Since underwriting files contain information compiled by the insurer concerning the risks to be assumed and the particular documents to be made a part of any given policy, they are not generally relevant to an extracontractual damages suit against an insurer unless there is also some specific issue concerning coverage.

For that reason, these files are not usually requested in discovery when such suits are based on claimed failures either in settlement or in the conduct of the defense. On the other hand, they are uniformly requested and produced in extracontractual damages suits based on liability insurers' wrongful failures or refusals to defend. In any case, production must take account of work product objections. [1]

Westlaw. © 2016 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

Footnotes

1 *See* General Acc. Ins. Co. v. American Mut. Ins. Co., 562 So. 2d 414, 414 (Fla. 5th DCA 1990). *See generally* Dennis J. Wall, "Seeking Discovery in Third-Party Bad Faith Cases — The Federal Rules of Civil Procedure" 11 Coverage 24 (November/ December 2001).

**End of Document** © 2017 Thomson Reuters. No claim to original U.S. Government Works.