# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RELIABLE TRANSPORTATION SPECIALISTS, INC., AMARILD USHE, </br> </br> Plaintiffs, </br> vs. </br> </br> WAUSAU UNDERWRITERS INSURANCE COMPANY, </br> </br> Defendant. </br> _____ | Case No. 2:15-cv-12954-GCS-EAS </br> </br> Hon. Judge George Caram Steeh </br> Mag. Judge Elizabeth A. Stafford |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties identified above, through their respective attorneys, that the above cause be dismissed, with prejudice and without costs to any party.

| | |
|---|---|
| *s/Thomas W. Waun* | *s/Elaine M. Pohl* |
| Thomas W. Waun (P34224) | Charles W. Browning (P32978) |
| Jason B. Brown (P79226) | Elaine M. Pohl (P60359) |
| JOHNSON LAW, PLC | Patrick E. Winters (P62794) |
| 140 E. 2nd Street, Suite 201 | PLUNKETT COONEY, P.C. |
| Flint, MI  48502 | 38505 Woodward Avenue, Suite 100 |
| (810) 695-6100 | Bloomfield Hills, MI  48304 |
| twaun@venjohnsonlaw.com | (248) 901-4000 |
| jbrown@venjohnsonlaw.com | cbrowning@plunkettcooney.com |
| ***Attorneys for Plaintiff Reliable Transportation Specialists, Inc.*** | epohl@plunkettcooney.com |
| | pwinters@plunkettcooney.com |
| | ***Attorneys for Defendant*** |

*s/Michael J. Tauscher*
Michael J. Tauscher (P31718)
SCOPELITIS GARVIN LIGHT
HANSON & FEARY
535 Griswold Street, Suite1818
Detroit, MI 48226
(313) 237-7400
mtauscher@scopelitis.com
**Attorney for Plaintiffs**

Jerad T. Childress *(pro hac vice)*
Renea E. Hooper #26629-45
SCOPELITIS GARVIN LIGHT HANSON
& FEARY
10 West Market Street, Suite 1400
Indianapolis, IN  46204
(317) 637-1777
jchildress@scopelitis.com
rhooper@scopelitis.com
**Attorneys for Plaintiffs**

Dated:  August 6, 2019

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RELIABLE TRANSPORTATION ) <br> SPECIALISTS, INC., ) <br> AMARILD USHE, ) <br> ) <br>         Plaintiffs, ) <br> vs. ) <br> ) <br> WAUSAU UNDERWRITERS ) <br> INSURANCE COMPANY, ) <br> ) <br>         Defendant. ) <br> _____ ) | Case No. 2:15-cv-12954-GCS-EAS <br><br> Hon. Judge George Caram Steeh <br> Mag. Judge Elizabeth A. Stafford |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court by Stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above cause is hereby dismissed in its entirety, with prejudice and without costs or attorney fees to any party.

IT IS SO ORDERED.

s/George Caram Steeh<br>GEORGE CARAM STEEH<br>UNITED STATES DISTRICT JUDGE

Dated: August 7, 2019